■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT THOMPSON, Appellant. [644 NYS2d 31]

Defendant's suppression motion was properly denied on the basis of police testimony that defendant was seen purchasing a holster and then seen repeatedly adjusting a bulge in his rear waistband where the outline of a gun was visible. These observations permitted the officers to immediately remove the weapon from defendant's waistband (*People v Prochilo*, 41 NY2d 759; *People v Lugo*, 177 AD2d 427, *lv denied* 79 NY2d 949).

We have considered defendant's remaining contentions and find them to be without merit. Concur—Sullivan, J. P., Ellerin, Kupferman, Williams and Mazzarelli, JJ.